HENRY DEAL et al., Respondents, *v.* JOHN MAXWELL, Appellant.

(Argued September 25, 1872 ; decided January term, 1873.)

THIS action was brought upon a verbal contract by which plaintiffs agreed to procure the materials, of a specified quality, to manufacture it and to deliver to defendant, as wanted, two tons of stocking shoddy. Defendant agreed to pay therefor twenty cents per pound. Plaintiffs manufactured and tendered the article, which defendant refused to accept. The defence was the statute of frauds. *Held*, the contract was not within the statute.

Decided upon the authority of *Parsons* v. *Loucks* (48 N. Y., 17).

*N. C. Moak* for the appellant.

*Lyman Tremain* for the respondents.

HUNT, C., reads for affirmance.

All concur.
Judgment affirmed.